FILED
DEC - 4 2007
12-4-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> FREEMAN TRUCKING, INC., an Illinois corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **07cv6804** <br> ) **JUDGE MAROVICH** <br> ) **MAG.JUDGE ASHMAN** <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, FREEMAN TRUCKING, INC. an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

   (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) FREEMAN TRUCKING, INC. an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) FREEMAN TRUCKING, INC. is an Illinois corporation, with its principal place of business at Crescent City, Illinois.

(c) FREEMAN TRUCKING, INC. an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. FREEMAN TRUCKING, INC. an Illinois corporation, entered into an Area Construction Agreements for the period June 1, 2003 through May 31, 2006 with Teamsters 179 which require contributions to the Funds pursuant to 29 U.S.C. 1145. This contract extends through May 31, 2009 by its terms.

5. Pursuant to the terms of the contract and the trust agreements establishing the Funds, Employer is required to make its books and records available to the Funds for audit.

6. The Funds have attempted to obtain the books and records of the Defendant for an audit for the period December, 2005 through October, 2007. The Funds' auditor has written and repeatedly telephoned the company and received no response.

7. Without an order directing an audit be performed and delinquencies paid thereunder, Plaintiffs are unable to fulfill their fiduciary duties under the Plan.

8. The amount presently due cannot be ascertained without an audit.

WHEREFORE, Plaintiffs pray:

A. That the Court order an audit of Defendant's books and records for the period December, 2005 through the present to determine the actual amounts due and owing.

B. That judgment be entered against the corporation and in favor of the Plaintiffs in the amount shown to be due under the audit.

C. That the Plaintiffs be awarded all relief provided for under 29 U.S.C. 1132(g)(2) including interest, 20% liquidated damages, costs and attorneys' fees.

D. That the Court enjoin the corporation from operation without making the Fund whole for its past delinquencies, and the grant of security for its current contributions.

E. Such other relief as the Court may deem appropriate..

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
     One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# EXHIBIT A



Freeman (312) 580-3245 FAX
06028776907

AREA CONSTRUCTION AGREEMENT
UNIONS IBofT
JOINT COUNCIL NO. 25

AGREEMENT BETWEEN
TEAMSTERS LOCAL NO. 179
an Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
AFL-CIO
and
CONTRACTORS ASSOCIATION OF
WILL AND GRUNDY COUNTIES

JUNE 1, 2003 THROUGH MAY 31, 2006

### ADDENDUM 1.
### Uniform Drug/Alcohol Abuse Policies

The Union recognizes that the Employers of Teamsters are required to meet the regulations established by more than one governmental agency.

It is agreed that Employers adopting the "Uniform Drug/Alcohol Abuse Program" required by State and Federal Drug Free Workplace Acts, or other policies required to meet the regulations established by the Federal Department of Transportation or the Illinois Department of Transportation, shall not be in conflict with the Area Construction Agreement, Joint Council No. 25.

It is further understood that policies adopted by Employers that are in excess of governmental regulations shall be subject to the Grievance Procedure established in Article 6 of this Agreement.

PARTY OF THE FIRST PART:

Contractors Assn. WGC
 Company

By: _Sensa B Gray_

By: _____

PARTY OF THE SECOND PART:

Teamsters Local 179
 Union

By: _[signature]_

By: _____

43

---

**FOR NON-ASSOCIATION EMPLOYERS**

**FOR TEAMSTERS LOCAL 179**

BY: _Robert W Baker_

TITLE: _President_

DATE: _8/18/03_

**FOR THE COMPANY**

COMPANY: _Freeman Trucking Inc_

ADDRESS: _PO Box 394_

_Crescent City, Ill  60928_
City   State   Zip

PHONE: _815-683-2580_

FAX: _815-683-2210_

BY: _M.B.H. Freeman_

TITLE: _President_

DATE: _8-21-03_

42

JUN. 14. 2005 10:25AM   TEAMSTERS LOCAL 179   NO. 726   P. 3/3

JUN. 27. 2006  8:48AM   TEAMSTERS LOCAL 179                        NO. 834   P. 1

# AREA CONSTRUCTION AGREEMENT
# BETWEEN

## TEAMSTERS LOCAL 179
An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## And
## CONTRACTORS ASSOCIATION OF
## WILL AND GRUNDY COUNTIES



## JUNE 1, 2006 THROUGH MAY 31, 2009

Freeman Trucking Inc.