# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN )
TEAMSTERS OF NORTHERN ILLINOIS )   Docket Number:
PENSION AND WELFARE FUNDS, )
) **07cv6804**
) **JUDGE MAROVICH**
v. ) **MAG. JUDGE ASHMAN**
)
)
FREEMAN TRUCKING, INC., an Illinois )
corporation )
)

TO: (Name and address of defendant)

FREEMAN TRUCKING, INC.
an Illinois corporation
c/o Its President and Registered Agent
Mikel Freeman
1142 N. 2050 E Road
Milford, Illinois 60953

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL W. DOBBINS**                         **DEC 0 4 2007**
_____              _____
Michael W. Dobbins, Clerk                       Date

_____
(by) Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 12/14/07 @ 1:00pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service-

[✓] Served personally upon the defendant. Place where served: Served Freeman Trucking c/o its President - Registered Agent Mikel Freeman at residence: 1142 N. 2050 E. Road, Milford IL (w/m 55 brown/gray hair)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/07
Date

Signature of Server

Address of Server
THE ARGUS AGENCY INC,
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068