IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>   Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC.,<br>an Illinois corporation,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6804<br>)<br>) Judge Marovich<br>)<br>) Magistrate Judge Ashman<br>)<br>) |

### NOTICE OF MOTION

To: FREEMAN TRUCKING, INC.
an Illinois corporation
c/o Its President and Registered Agent
Mikel Freeman
1142 N. 2050 E Road
Milford, Illinois 60953

  PLEASE TAKE NOTICE that on January 15, 2008, at 10:30 a.m., I will appear before the Honorable Judge Marovich in Room 1925 and then and there present the attached Motion for Entry of Default and Order Compelling Production of Records, a copy of which is attached hereto.

              Respectfully submitted,

              **s/John J. Toomey**
              ARNOLD AND KADJAN
              19 W. Jackson Blvd., Suite 300
              Chicago, IL 60604
              Telephone No.: (312) 236-0415
              Facsimile No.: (312) 341-0438
              Dated: January 4, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

                                        **s/John J. Toomey**
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: January 4, 2008