IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>           Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC.,<br>an Illinois corporation,<br><br>           Defendant. | No. 07 C 6804<br><br>Judge Marovich<br><br>Magistrate Judge Ashman |

### RE-NOTICE OF MOTION

To:    FREEMAN TRUCKING, INC.
        an Illinois corporation
        c/o Its President and Registered Agent
        Mikel Freeman
        1142 N. 2050 E Road
        Milford, Illinois 60953

      PLEASE TAKE NOTICE that on January 16, 2008, at 11:00 a.m., I will appear before the Honorable Judge Hart in Room 2243 and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which has been previously filed and served upon you.

                                                Respectfully submitted,

                                                **s/John J. Toomey**
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                Telephone No.: (312) 236-0415
                                                Facsimile No.: (312) 341-0438
                                                Dated: January 8, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

                                       **s/John J. Toomey**
                                       ARNOLD AND KADJAN
                                       19 W. Jackson Blvd., Suite 300
                                       Chicago, IL 60604
                                       Telephone No.:  (312) 236-0415
                                       Facsimile No.:  (312) 341-0438
                                       Dated:  January 8, 2008