## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>TRUSTEES OF THE SUBURBAN TEAMSTERS<br>OF NORTHERN ILLINOIS PENSION AND<br>WELFARE FUNDS,<br>V.<br>FREEMAN TRUCKING, INC, AN ILLINOIS CORPORATION | Case Number: 07 C 6804 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREEMAN TRUCKING, INC.

F I L E D

JAN 3 0 2008

JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print)<br>ROBERT M. ROPP |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>OSTLING & ASSOCIATES |
| STREET ADDRESS<br>201 W. OLIVE |
| CITY/STATE/ZIP<br>BLOOMINGTON, IL  61701 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282085 | TELEPHONE NUMBER<br>(309) 827-3030 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [x] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]        APPOINTED COUNSEL [ ]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND        )        No. 07 C 6804
PENSION FUNDS,                                          )
     Plaintiffs,                                         )        Judge Marovich
                                                                 )
vs.                                                              )        Magistrate Judge Ashman
                                                                 )
FREEMAN TRUCKING, INC.,                          )
     Defendant.                                        )

## CERTIFICATE OF SERVICE

TO:

John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

     The undersigned certifies that a copy of Defendant's Appearance and of the foregoing Motion to Extend Time to File Responsive Pleading was served upon the person(s) listed above by enclosing the same in an envelope addressed to such person(s) at their business address as disclosed by the pleadings of record herein and as indicated above, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois on the 23rd day of January, 2007, before the hour of 5:00 p.m.

Robert M. Ropp, Attorney for Defendant

Robert M. Ropp
Ostling and Associates
201 W. Olive
Bloomington, IL 61701
(309) 827-3030