IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) | No. 07 C 6804 |
| Plaintiffs, | ) ) | Judge Marovich |
| vs. | ) ) | Magistrate Judge Ashman |
| FREEMAN TRUCKING, INC., Defendant. | ) ) ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Defendant, FREEMAN TRUCKING, INC., by and through its attorney, Robert M. Ropp, moves this Court for an extension of time in which to file a pleading responsive to Plaintiff's Complaint pursuant to F.R.C.P. 6(b), and in support of said Motion states as follows:

1. Plaintiff filed this cause seeking various relief, including an audit of Defendant's books and records, on December 4, 2007, and Defendant was subsequently served with process.

2. Defendant had previously consulted with the law firm of Ostling & Associates about filing for bankruptcy, and upon being served with process in this case timely scheduled a meeting with one of the firm's representatives to discuss possible representation in this cause.

3. Defendant was unable to retain an attorney for representation in this cause until recently, upon meeting with a representative of and retaining the law firm of Ostling & Associates, and desires said firm to represent him in this cause as a course of comprehensive service regarding Defendant's legal matters.

4. The undersigned counsel is one of only two attorneys of the Ostling law firm admitted to practice before this court.

5.      Plaintiff has, inter alia, filed a motion to compel Defendant to produce numerous documents concerning its business from December 2005 through the present, and, although Defendant has diligently attempted to gather these documents, it has had insufficient time to do so in order to provide said documents to Plaintiff after a review of said documents by Defendant's counsel.

6.      Due to the undersigned counsel's work schedule, and the time involved in Defendant gathering the necessary documents, counsel needs additional time to meet with Defendant and examine relevant documents to investigate in detail the facts and circumstances surrounding potential defenses in this cause in order to file a responsive pleading.

7.      Defendant's counsel has been in contact with Plaintiff's counsel regarding the production of said documents and has received correspondence from same reflecting an agreement concerning providing same.

WHEREFORE, Defendant respectfully request the Court to enter an order granting Defendant an additional period of time in which to file a pleading responsive to the Complaint, preferably not less than 28 days from the date this Motion is filed in which to file a pleading responsive to Plaintiff's Complaint, and for such other and further relief as is just and proper.

Respectfully submitted,

_____
Robert M. Ropp
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

TO:

John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

    The undersigned certifies that a copy of Defendant's Appearance and of the foregoing Motion to Extend Time to File Responsive Pleading was served upon the person(s) listed above by enclosing the same in an envelope addressed to such person(s) at their business address as disclosed by the pleadings of record herein and as indicated above, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois on the <u>23rd</u> day of <u>January,</u> 2007, before the hour of 5:00 p.m.

                                                     Robert M. Ropp, Attorney for Defendant

Robert M. Ropp
Ostling and Associates
201 W. Olive
Bloomington, IL 61701
(309) 827-3030

3