UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds
                                                Plaintiff,
v.                                              Case No.:
                                                1:07−cv−06804

                                                Honorable George M.
                                                Marovich

Frreman Trucking, Inc.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

MINUTE entry before Judge George M. Marovich :Defendant's motion for extension of time to file responsive pleading [12] is granted to 2/29/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.