IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> FREEMAN TRUCKING, INC., an Illinois corporation, <br><br> Defendant. | No. 07 C 6804 <br><br> Judge Marovich <br><br> Magistrate Judge Ashman |

MOTION FOR ENTRY OF DEFAULT AND ORDER
COMPELLING PRODUCTION OF RECORDS

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to the provisions of Rule 55(a)(2) of the Federal Rules of Civil Procedure, moves this Court to enter an Order of Default Judgment against Defendant, FREEMAN TRUCKING, INC.:

1. Suit was filed on December 4, 2007 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon FREEMAN TRUCKING, INC., on December 12, 2007 and a copy of the proof of service was filed with the court on December 23, 2007.

3. On January 30, 2008 counsel for the Defendant filed a Motion to Extend Time to File Responsive Pleading which this Court granted on February 4, 2008.

3. Defendant's time to plead ran February 29, 2008 and no Answer has been made on its behalf.

4. Plaintiffs' Complaint seeks an audit of the books and records of FREEMAN TRUCKING, INC., for the period December, 2005 through October, 2007.

5. Production of these books and records is necessary to enable Plaintiffs to prove up a judgment in an amount certain.

WHEREFORE, Plaintiffs, pursuant to the provisions of Rule 55(a)(2) of the Federal Rules of Civil Procedure, move this Court to:

A. Enter an Order of Default against Defendant, FREEMAN TRUCKING, INC..

B. Order Defendant to produce its books and records to Plaintiffs' accountant, within 21 days, to perform an audit for the period December, 2005 through the present time.

C. Grant Plaintiffs any other relief deemed equitable and just under the circumstances.

           TRUSTEES OF THE SUBURBAN
           TEAMSTERS OF NORTHERN ILLINOIS
           WELFARE AND PENSION FUNDS

           By: _____
             One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415