IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC.,<br>an Illinois corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6804<br>)<br>) Judge Marovich<br>)<br>) Magistrate Judge Ashman<br>)<br>) |

**ORDER OF DEFAULT
AND PRODUCTION OF RECORDS**

This cause coming on to be heard on Plaintiff's Motion for Entry of Order of Default and requiring production of records by FREEMAN TRUCKING, INC., all parties having been sent appropriate notice, and the Court being fully apprised in the matter,

IT IS HEREBY ORDERED:

1. Defendant is found to be in default for failing to have answered the Complaint.

2. Defendant, FREEMAN TRUCKING, INC., is ordered to submit the following books and records to Plaintiffs for December, 2005 to the present within 21 days:

    A.    All cash disbursement journals;

    B.    All individual payroll records.

    C.    All time records which are the basis of the above-mentioned individual payroll records;

    D.    All state unemployment payroll tax returns;

    E.    All state and federal certified payroll forms;

F.  All union pension and welfare fund records or other records showing fringe benefit contributions on behalf of any employees;

G.  All other relevant records which would tend to show compliance with the terms of the Trusts;

H.  All federal and state payroll income returns; including, but not limited to 1099, W-2 and/or UCC 3, 1120 and 1065 forms;

I.  All documents which show or which tend to indicate ownership in any company, regardless of its status as a corporation or partnership, which performs, in whole or in part, work for which construction or general laborers would be employed;

J.  The corporate books and records of any corporation owned by the Defendant.

K.  The partnership books and records of any partnership owned by the Defendant.

Date:

Entered:

_____
JUDGE MAROVICH