IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC., an Illinois corporation,<br><br>Defendant. | ) ) ) ) ) ) ) No. 07 C 6804 ) ) Judge Marovich ) ) Magistrate Judge Ashman ) ) |

NOTICE OF MOTION

To:   FREEMAN TRUCKING, INC.
an Illinois corporation
c/o Its President and Registered Agent
Mikel Freeman
1142 N. 2050 E Road
Milford, Illinois 60953

    PLEASE TAKE NOTICE that on March 24, 2008, at 10:30 a.m., I will appear before the Honorable Judge Marovich in Room 1944C and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which has been previously filed and served upon you.

                                                       Respectfully submitted,

                                                       **s/John J. Toomey**
                                                       ARNOLD AND KADJAN
                                                       19 W. Jackson Blvd., Suite 300
                                                       Chicago, IL 60604
                                                       Telephone No.: (312) 236-0415
                                                       Facsimile No.: (312) 341-0438
                                                       Dated: March 17, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

                                 **s/John J. Toomey**
                                 ARNOLD AND KADJAN
                                 19 W. Jackson Blvd., Suite 300
                                 Chicago, IL 60604
                                 Telephone No.: (312) 236-0415
                                 Facsimile No.: (312) 341-0438
                                 Dated: March 17, 2008