IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FREEMAN TRUCKING, INC.,<br>an Illinois corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6804<br>)<br>) Judge Marovich<br>)<br>) Magistrate Judge Ashman<br>)<br>) |

### AMENDED NOTICE OF MOTION

To:　Robert Ropp, Esq.
　　　Ostling & Associates
　　　201 W. Olive Street
　　　Bloomington, IL 61701

　　　PLEASE TAKE NOTICE that on March 24, 2008, at 10:30 a.m., I will appear before the Honorable Judge Marovich in Room 1944C and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which has been previously filed and served upon you.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/John J. Toomey
　　　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　Telephone No.: (312) 236-0415
　　　　　　　　　　　　　　　　　Facsimile No.: (312) 341-0438
　　　　　　　　　　　　　　　　　Dated: March 17, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

                                            **s/John J. Toomey**
                                            ARNOLD AND KADJAN
                                            19 W. Jackson Blvd., Suite 300
                                            Chicago, IL 60604
                                            Telephone No.: (312) 236-0415
                                            Facsimile No.: (312) 341-0438
                                            Dated: March 17, 2008