IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
       Plaintiffs, )
) No. 07 C 6804
  v. )
) Judge Marovich
FREEMAN TRUCKING, INC., )
an Illinois corporation, ) Magistrate Judge Ashman
)
       Defendant. )

### AMENDED NOTICE OF MOTION

To:   Robert Ropp, Esq.
       Ostling & Associates
       201 W. Olive Street
       Bloomington, IL 61701

     PLEASE TAKE NOTICE that on March 26, 2008, at 11:00 a.m., I will appear before the Honorable Judge Hart in Room 2243 and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which has been previously filed and served upon you.

                        Respectfully submitted,

                        **s/John J. Toomey**
                        ARNOLD AND KADJAN
                        19 W. Jackson Blvd., Suite 300
                        Chicago, IL 60604
                        Telephone No.: (312) 236-0415
                        Facsimile No.: (312) 341-0438
                        Dated: March 19, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

      **s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  March 19, 2008