IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
3-18-2008
MAR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )   No. 07 C 6804
PENSION FUNDS, )
    Plaintiffs, )   Judge Marovich
)
vs. )   Magistrate Judge Ashman
)
FREEMAN TRUCKING, INC., )
    Defendant. )

## MOTION TO EXTEND TIME TO FILE ANSWER AND FOR LEAVE TO FILE ANSWER INSTANTER

Defendant, FREEMAN TRUCKING, INC., by and through its attorney, Robert Follmer, moves this Court for an extension of time in which to file a pleading responsive to Plaintiff's Complaint pursuant to F.R.C.P. 6(b), and in support of said Motion states as follows:

1. On January 30, 2008, Defendant's counsel filed his appearance and first Motion to Extend Time to File Responsive Pleading in this cause, and by order entered on February 4, 2008, received by counsel on February 6, 2008, the Court granted said Motion giving counsel until February 29, 2009 to file said responsive pleading.

2. Subsequent to January 30, 2008, one of the four attorneys employed by defense counsel's law firm, Ostling and Associates, unexpectedly resigned his position with the firm; during the same period of time, one of the other of the firm's attorneys was out of state on a previously-scheduled vacation.

3. Ostling and Associates is primarily a bankruptcy law firm, but has within the past year or so begun a foreclosure defense practice, and currently has 14 satellite offices in

1

different communities throughout Central Illinois, necessitating that its attorneys travel extensively, as much as 3000 miles in one month, in order to meet with clients and attend numerous hearings in various forums.

4. For the following reasons, counsel was, due to circumstances beyond his control, unable to file an answer to Plaintiff's Complaint in this cause by February 29, 2008:

   a. Due to the unexpected resignation of one of the firm's four attorneys and the absence of another as described above;

   b. Due to the extensive additional travel caused by counsel having to cover previously-scheduled matters involving the firm's clients;

   c. Due to the inaccessibility of the firm's only source of legal research, the law library at the McLean County Law and Justice Center, made inaccessible by the fact that counsel was traveling so much;

   d. The recent increase in the volume of cases being handles by the firm caused by the worsening economic condition of our clients in the service area covered.

5. The undersigned counsel is one of only two of the firm's remaining attorneys admitted to practice before this Court.

WHEREFORE, the Defendant, FREEMAN TRUCKING, INC., respectfully requests the Court to grant him additional time, in the amount of 28 days from February 29, 2008 to file his Answer, a copy of which is attached hereto, or in the alternative, to grant Defendant, FREEMAN TRUCKING, INC., leave to file said Answer instanter, and for such other and further relief as is just and proper.

Respectfully submitted,

_____
Robert Follmer
Attorney for Defendant

## CERTIFICATE OF SERVICE

TO:

John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

    The undersigned certifies that a copy of the foregoing instrument was served upon the person(s) listed above by enclosing the same in an envelope addressed to such person(s) at their business address as disclosed by the pleadings of record herein and as indicated above, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois on the 11th day of March, 2008.

_____
Robert Follmer, Attorney for Defendant

Robert Follmer
Ostling and Associates
201 W. Olive
Bloomington, IL 61701
(309) 827-3030