## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | William T. Hart |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6804 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Trustees of Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Freeman Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held; defendant fails to appear in court. Defendant's motion to extend time to file and for leave to file answer instanter [18] is granted. Plaintiff's motion for entry of default and order compelling production fo records [14] is denied. Discovery is to be completed by 7/31/2008. Status hearing set for 5/20/2008 at 11:00 a.m. before Judge Marovich.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | CW |
|---|---|---|