FILED
MARCH 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br>Plaintiffs,<br><br>vs.<br><br>FREEMAN TRUCKING, INC.,<br>Defendant. | No. 07 C 6804<br><br>Judge Marovich<br><br>Magistrate Judge Ashman |

## ANSWER

NOW COMES Defendant, FREEMAN TRUCKING, INC., by and through its attorney, Robert Follmer of Ostling and Associates, and hereby states for its Answer to Plaintiff's Complaint as follows:

1. (a) Defendant admits the allegations of paragraph 1(a), except to the extent said allegations assert jurisdiction for relief covering periods of time subsequent to the expiration of any pertinent collective bargaining agreements, trust agreements, contracts between the parties, or other agreements relevant to Plaintiff's claims.

1. (b) Defendant admits the allegations of paragraph 1(b).

2. (a) Defendant admits the allegations of paragraph 2(a).

   (b) Defendant admits the allegations of paragraph 2(b).

   (c) Defendant admits the allegations of paragraph 2(c).

3. (a) Defendant admits that it is an Illinois corporation, but denies that it currently employs employees represented by the Union, and neither admits nor denies the remaining allegations of paragraph 3(a) in that it is without knowledge or information sufficient

to form a belief as to the truth of those allegations.

    (b)    Defendant admits the allegations of paragraph 3(b).

    (c)    Defendant denies it is presently an employer engaged in an industry affecting commerce.

4.    Defendant admits it entered into an Area Construction Agreement for the period June1, 2003 through May 31, 2006 with Teamsters 179 which require contributions to the funds pursuant to 29 U.S.C. 1145; Defendant neither admits nor denies said agreement extends through May 31, 2009 by its terms in that it is without knowledge or information sufficient to form a belief as to the truth of that allegation.

5.    Defendant admits the allegations of paragraph 5.

6.    Defendant admits the allegations of paragraph 6, except Defendant denies Plaintiff has received no response from Plaintiff's inquiries in that Defendant's counsel has communicated to Plaintiff's counsel that said books and records will be made available within the near future.

7.    Defendant admits the allegations of paragraph 7.

8.    Defendant admits the allegations of paragraph 8.

WHEREFORE, the Defendant, FREEMAN TRUCKING, INC., respectfully requests the Court to deny the relief requested in Plaintiff's Complaint, and for such other and further relief as is just and proper.

Respectfully submitted,

_____
Robert Follmer
Attorney for Defendant

## CERTIFICATE OF SERVICE

TO:

John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604

The undersigned certifies that a copy of the foregoing instrument was served upon the person(s) listed above by enclosing the same in an envelope addressed to such person(s) at their business address as disclosed by the pleadings of record herein and as indicated above, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois on the 11th day of March, 2008.

_____
Robert Follmer, Attorney for Defendant

Robert Follmer
Ostling and Associates
201 W. Olive
Bloomington, IL 61701
(309) 827-3030