IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
Plaintiffs, )
) No. 07 C 6804
v. )
) Judge Marovich
FREEMAN TRUCKING, INC., )
an Illinois corporation, ) Magistrate Judge Ashman
)
Defendant. )

## PLAINTIFFS' STATUS REPORT

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS through its attorney,

JOHN J. TOOMEY, ARNOLD AND KADJAN, and files its Status Report.

A.    **Status** is set for May 20, 2008 at 11:00 a.m.

B.    **The attorneys of record for each party, indicating which attorney is**

**expected to try the case.**

> 1.    Trustees of the Suburban Teamsters
>        of Northern Illinois Welfare and
>        Pension Funds (hereafter "Funds")
>        John J. Toomey
>        Arnold and Kadjan
>        19 W. Jackson Boulevard
>        Suite 300
>        Chicago, Illinois  60604
>        Telephone:  (312) 236-0415
>
> 2.    Freeman Trucking, Inc. (hereafter "Freeman")
>        Jeffrey Abbott
>        Ostling & Associates
>        201 W. Olive Street
>        Bloomington, IL 61701

1

C.    **The Basis of Federal Jurisdiction.**

Federal question jurisdiction is asserted in the ERISA collection action pursuant to 29 U.S.C. 1132 and 1145.

D.    **Whether a jury has been requested and by which party.**

No jury requested.

E.    **Statement of Case**

1.    **Legal Issues in Agreement**

Parties agree that jurisdiction and venue are proper. Parties agree that Freeman entered into a collective bargaining agreement for the period June 1, 2003 through May 31, 2006 which requires contributions to the Funds. Parties agree that pursuant to such an agreement, Freeman is required to make its books and records available to the Funds for an audit. Parties agree that Funds have requested the books and records to conduct an audit. Parties agree that an amount presently due cannot be determined without an audit.

2.    **Legal Issues In Dispute**

There are no issues in dispute.

F.    **Relief Sought.**

Plaintiff Funds seek an audit for the period for the period December, 2005 through October 2007, plus an audit to date, liquidated damages, penalties and attorneys fees and costs under 29 U.S.C. 1132(g)(2).

G.    All parties have been served.

H.    **Brief Description of Anticipated Motions**

Funds anticipate a motion for summary judgment based on discovery and the completion of an audit if the matter is not resolved after the completion of an audit. Funds will file any appropriate motions to compel discovery production if Freeman fails to produce the required documents.

I.    **Proposed Discovery Plan**

The following schedule is proposed:

Pursuant to Rule 26(f) the parties have agreed upon the following schedule:

2

Parties have agreed that pursuant to discovery already served on Freeman by the Funds, Freeman will produce certain records which Freeman maintains will allow the Funds to perform a fringe benefit contributions compliance audit by Monday, May 19, 2008.

Parties anticipate that if the initial production of documents is insufficient for the Funds to determine Freeman's liability an additional 60 days from June 1, 2008 will be required to conduct written fact discovery and depositions.  Discovery closed July 30, 2008.

Parties anticipate the case will be resolved on summary judgment to be filed 60 days after the close of discovery by September 29, 2008.

J.    **Earliest Parties Be Ready For Trial**

60 days after ruling on summary judgment, if necessary.

K.    **Status of Any Settlement Discussions**

To date there has been no discussion on settlement between the Plaintiff Funds and Freeman.  The matter is not yet ripe for settlement discussions without the completion of an audit.

L.    At this time the parties do not consent to a trial before a magistrate judge.

This status report has been filed unilaterally and its tardy filing as Plaintiffs' counsel has been unable to obtain the cooperation of Defendant's counsel.

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
WELFARE AND PENSION FUNDS
Plaintiffs

s/John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Dated:  May 16, 2008