IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6804<br>)<br>) Judge Marovich<br>)<br>) Magistrate Judge Ashman<br>)<br>) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Robert Ropp, Esq.
     Jeffrey T. Abbott
     Ostling & Associates
     201 W. Olive Street
     Bloomington, IL 61701

    PLEASE TAKE NOTICE that on May 16, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

    1.    Plaintiffs' Status Report.

a copy of which is attached hereto and served upon you.

                                  TRUSTEES OF THE SUBURBAN TEAMSTERS
                                  OF NORTHERN ILLINOIS WELFARE AND
                                  PENSION FUNDS

                                  s/John J. Toomey
                                  ARNOLD AND KADJAN
                                  19 W. Jackson Blvd., Suite 300
                                  Chicago, IL 60604
                                  Telephone No.: (312) 236-0415
                                  Facsimile No.: (312) 341-0438
                                  Dated: May 16, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Robert Ropp, Esq.
Jeffrey T. Abbott
Ostling & Associates
201 W. Olive Street
Bloomington, IL  61701

                                      s/John J. Toomey
                                      ARNOLD AND KADJAN
                                      19 W. Jackson Blvd., Suite 300
                                      Chicago, IL 60604
                                      Telephone No.:  (312) 236-0415
                                      Facsimile No.:  (312) 341-0438
                                      Dated:  May 16, 2008