IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>      Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC.,<br>an Illinois corporation,<br><br>      Defendant. | No. 07 C 6804<br><br>Judge Marovich<br><br>Magistrate Judge Ashman |

## MOTION TO COMPEL DISCOVERY RESPONSES

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through its attorneys, JOHN J. TOOMEY, of ARNOLD AND KADJAN, and pursuant to FRCP Rule 37(a)(2) and (d) moves for an Order compelling Defendant to Answer Interrogatories, Produce Records and Appear for Deposition. In support of its Motion, Plaintiff states as follows:

1. Plaintiffs issued Interrogatories and Request to Produce Records on March 26 2008 to be responded to 30 days after receipt.

2. Plaintiffs issued a Notice of Deposition on March 2, 2008, for the deposition of Mikel Freeman, to be held on May 8, 2008.

3. Defendant has provided incomplete Answers to Interrogatories (see attached Exhibit A)

4. Defendant has not produced all records requested in the Request to Produce to complete the audit (see attached Exhibit B)..

5. Plaintiffs have been unable to depose Mikel Freeman.

6. The production of records, the answers to interrogatories and the Deposition of Mikel Freeman, are necessary to ascertain the amount owing to the Funds.

7. Plaintiffs' counsel has had numerous discussions with the attorney for Defendant but have been unable to obtain their cooperation.

7. Responses to Plaintiffs' requests are overdue.

**WHEREFORE**, Plaintiffs pray that this Court enter and Order:

1. Ordering that the Interrogatories and Request to Produce be fully complied with by May 31, 2008.

2. Compelling the deposition of Mikel Freeman, to proceed by May 31, 2008, at Plaintiffs' counsel's offices at 19 W. Jackson Blvd., Suite 300, Chicago, Illinois.

3. That as set forth in FRCP 37(d) that Defendant pay reasonable litigation expenses including attorneys' fees of this motion.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# EXHIBIT A

Freeman Trucking, Inc. - Interrogatories - Answers

1. Mikel G. Freeman - President
   1142 North 2050 East Road
   Milford, Il 60953

2. a. same as above
   b. Corporation
   c. Mikel G. Freeman - President - 100%
   d. Not sure I have one
   e. Illinois - Jan. 25, 2001
   f. None
   g. 36-4418378

3. Truck drivers, farm workers, mechanic - no ownership in the company by any employee
   No assign positions

4. a. None
   b. See attached sheet
   c. Never had set hours - worked as needed-never punched a time clock
   d. See f
   e. None to my knowledge
   f. Brent W. Leadingham - 33 E. Creekside Court, Watseka, Il 60970
      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 - farm worker/mechanic - Gross pay - $9775.00

      Bryan M. Metzger - 9629 N CR 1300 E., Charleston, Il 61920
      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 - farm worker/cattle - gross pay - $20076.99

      Chad M. Freeman - 798 N. 1950 E. Rd, Milford, Il 60953
      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 - farm worker/cattle - gross pay - $37600.00

      Dennis P. Cahoe - 321 West North St., Watseka, Il 60970
      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 - truck driver - gross pay - $82810.00

      Hans Rabe - P.O. Box 38, Crescent City, Il 60928
      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 - farm worker - gross pay - $$12800.00

      James L. Price - 525 North Douglas, Gilman, Il 60938
      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 - mechanic - trucks and farm - gross pay - $62205.00

      Kenneth G. Strosinski - 1951 N. 1950 East Rd., Watseka, Il 60970
      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 - truck driver - gross pay - $38900.00

      Kyle Cluver - 504 Martin Ave., Watseka, Il 60970

      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 - farm worker - gross pay - $40672.86

      Norman M. Molck - 417 N. Walnut, Onarga, Il 60955
      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 - truck driver - gross pay - $17535.00

      Pam E. Rhoades - 1951 N. 1950 E. Rd., Watseka, Il 60970
      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 - truck driver - gross pay - $34277.00

      Robert L. Hotaling - 105 Stone Ave., Watseka, Il 60970
      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 - truck driver and part time farm - gross pay - $43800.00

      Thomas J. Wingren - P.O. Box 362, Crescent City, Il 60928
      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 - truck driver - gross pay - $15400.00

    g. See f

    h. Not sure at this point - would have to do more research

5. Mikel G. Freeman - 1142 N. 2050 E. Rd., Milford, Il 60953

6. Same as 5

7. Same as 5 - SSN# 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 of Mikel G. Freeman

8. Mikel G. Freeman - President of company - not actually employee of company - owner, etc.

9. Not sure what they are asking for

10. Not sure

11. Not sure

12. Mikel G. Freeman - President - I have all payroll records, etc.

13. No

14. a. see answer #4
    b. see answer #4
    c. not sure - will have to get
    d. hours varied - no set hours
    e. not sure
    f. not sure - will have to get
    g. all employees were salaried and paid year round
    h. none
    i. Not sure

15. None that I'm aware of

16. Only Teamsters Local 179 - I would have signed any documents

17. In process

18. Not sure

# **EXHIBIT B**

 Windows Live™

### Freeman Trucking, Inc.
From: **Richard Siebert** (rsiebert@suburbanteamsters.com)
Sent: Mon 5/19/08 8:03 PM
To: J Toomey (jtoomey100@hotmail.com)

Carol,

If I get the following records I will be able to do the audit.

Employee Journal by Check for:

| | |
|---|---|
| Thomas Wingren | 10/07 thru Current |
| Robert Hotaling | 10/07 thru Current |
| Norm Molck | 10/07 thru Current |
| Ken Strosinski | 10/07 thru Current |
| Pam Rhoades | 12/05 thru Current |
| Dennis Cahoe | 12/05 thru Current |

Thanks,

Dick

Richard L. Siebert

Suburban Teamsters of Northern Illinois Pension Fund

1275 W. Roosevelt Road, Unit 121

West Chicago, IL 60185

Phone (630) 293-0390

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) Plaintiffs, ) ) v. ) ) FREEMAN TRUCKING, INC., ) an Illinois corporation, ) ) Defendant. ) | No. 07 C 6804 Judge Marovich Magistrate Judge Ashman |

**REQUEST TO PRODUCE**
**RECORDS FOR AN AUDIT**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Inc., by and through its attorneys, ARNOLD AND KADJAN and pursuant to FRCP 34(1) make request to permit the Plaintiffs' auditor, acting on behalf of the Funds, to inspect and copy, test and audit the designated documents including computer records and other data compilations from which information can be obtained from such records which are in the possession, custody or control of Defendant, FREEMAN TRUCKING, INC., within thirty (30) days of receipt upon the Defendant's premises to be organized and label to correspond with the categories in the request.

The time period of this request is December 1, 2005 through October 31, 2007.

A. All cash receipts and disbursement journals, accounts receivable and accounts payable ledgers;

B. All individual payroll records;

1

C.  All time records and time sheets which are the basis of the above-mentioned individual payroll records;

D.  All state unemployment payroll tax returns;

E.  All state and federal certified payroll forms;

F.  All union pension and welfare fund records or the records showing fringe benefit contributions on behalf of any employees, brokers or subcontractors;

G.  All other relevant records which would tend to show compliance with the terms of the Trust;

H.  All federal and state payroll and income tax returns, including, but not limited to 1099, W-2 and/or U.C. 3, 1120 and 1065 forms;

I.  All documents, which indicate Defendant's ownership interest in an entity, which performs, in whole or in part, work for which truck drivers would be employed;

J.  All state and federal income tax returns, including, but not limited to, 1099, 1040, 1065, 1120's, W-2 and W-4 forms;

K.  All cash disbursement journals, including, but not limited to check registers and canceled checks of all checking accounts maintained by FREEMAN TRUCKING, INC.

L.  All subcontracting or Broker agreements;

M.  All invoices to others for payment of work performed;

N.  Tax returns for years 2005 through the present;

O.  All documents which show or which tend to indicate Defendant's ownership in any company, regardless of its status as a corporation, partnership or sole proprietorship, which performs, in whole or in part, work for which truck drivers would be employed;

2

      P.    All Union Fringe Benefit reports for any Fund for December, 2005 through the present time

                             TRUSTEES OF THE SUBURBAN TEAMSTERS
                             OF NORTHERN ILLINOIS WELFARE AND
                             PENSION FUNDS, Plaintiffs

                             By:    _____
                                    One of Their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Suite 300
Chicago, Illinois 60604
(312) 236-0415

3