IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>      Plaintiffs,<br><br>v.<br><br>FREEMAN TRUCKING, INC., an Illinois corporation,<br><br>      Defendant. | No. 07 C 6804<br><br>Judge Marovich<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:    Robert Ropp, Esq.
        Jeffrey T. Abbott, Esq.
        Ostling & Associates
        201 W. Olive Street
        Bloomington, IL  61701

     PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., I will appear before the Honorable Judge Marovich in Room 1944C and then and there present Plaintiff's Motion to Compel, a copy of which is attached hereto.

                                      Respectfully submitted,

                                      **s/John J. Toomey**
                                      ARNOLD AND KADJAN
                                      19 W. Jackson Blvd., Suite 300
                                      Chicago, IL 60604
                                      Telephone No.:  (312) 236-0415
                                      Facsimile No.:  (312) 341-0438
                                      Dated:  May 20, 2008

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 20, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

   Robert Ropp, Esq.
   Jeffrey T. Abbott, Esq.
   Ostling & Associates
   201 W. Olive Street
   Bloomington, IL  61701

    **s/John J. Toomey**
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    Telephone No.:  (312) 236-0415
    Facsimile No.:   (312) 341-0438
    Dated:  May 20, 2008