UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds
                                    Plaintiff,

v.
                                    Case No.:
                                    1:07−cv−06804

                                    Honorable George M.
                                    Marovich

Freeman Trucking, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 8/18/2008; and continued to 8/27/2008 at 10:00 AM. Hearing no objection defendant shall produce Mr. Mikel Freeman for a deposition no later than 8/25/2008. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.