**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

| | |
|---|---|
| Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds | |
| | Plaintiff, |
| v. | Case No.: 1:07−cv−06804 |
| | Honorable George M. Marovich |
| Freeman Trucking, Inc. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable Martin C. Ashman: Magistrate Judge Status hearing reset to 10/10/2008 at 10:00 AM., by agreement of the parties. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.